UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**FILED**
VANESSA L. ARMSTRONG, CLERK

APR 1 7 2013

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**MICHAEL DAVID SMITH**
**JEFFREY DALE JACKSON**

SUPERSEDING INDICTMENT

NO. 4:12-CR-38-M
18 U.S.C. § 2
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(D)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1

Beginning on or about February 10, 2010, and continuing until on or about May 30, 2012, in the Western District of Kentucky, Henderson County, and Webster County, Kentucky, and elsewhere, the defendants, **MICHAEL DAVID SMITH** and **JEFFREY DALE JACKSON**, and Individual J.A.B., knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: possession with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846.

The Grand Jury further charges:

## COUNT 2

On or about March 18, 2010, in the Western District of Kentucky, Henderson County, Kentucky, **MICHAEL DAVID SMITH**, defendant herein, and Individual J.A.B., each aided and abetted by the other, knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3

On or about March 20, 2010, in the Western District of Kentucky, Henderson County, Kentucky, **MICHAEL DAVID SMITH**, defendant herein, and Individual J.A.B., each aided and abetted by the other, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4

On or about June 10, 2010, in the Western District of Kentucky, Henderson County, Kentucky, **MICHAEL DAVID SMITH**, defendant herein, and Individual J.A.B., each aided and abetted by the other knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 5

On or about May 30, 2012, in the Western District of Kentucky, Webster County, Kentucky, and elsewhere, the defendants, **MICHAEL DAVID SMITH and JEFFREY DALE JACKSON,** each aided and abetted by the other, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 6

On or about May 30, 2012, in the Western District of Kentucky, Webster County, Kentucky, **JEFFREY DALE JACKSON**, defendant herein, knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as alleged in Counts 1-6 of this Superseding Indictment, felonies punishable by imprisonment for more than one year, the defendants, **MICHAEL DAVID SMITH** and **JEFFREY DALE JACKSON**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of the offenses, and any and all of defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations and property involved therein, alleged in Counts 1-6 of this Superseding Indictment.

Pursuant to Title 21, United States Code, Section 853, and Title 28 United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

*Laura S Hall* (signature)
DAVID J. HALE
United States Attorney

DJH:DPK:cd04/17/13

-5-

UNITED STATES OF AMERICA v. **MICHAEL DAVID SMITH** and **JEFFREY DALE JACKSON**

## PENALTIES

| | |
|---|---|
| Counts 1, 3, 5: | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release (each count) |
| | (With prior conviction: NL 20 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release) |
| Counts 2, 4: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release (each count) |
| | (With prior conviction: NL 10 yrs./NM Life/$10,000,000/both/NL 8 yrs. Supervised Release) |
| Count 6: | NM 5 yrs./$250,000/both/NL 2 yrs. Supervised Release |
| | (With prior conviction: NM 10 yrs./$500,000/both/NL 4 yrs. Supervised Release) |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 4:12CR-38-M

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Owensboro Division

THE UNITED STATES OF AMERICA
vs.

*MICHAEL DAVID SMITH*

JEFFREY DALE JACKSON

## SUPERSEDING INDICTMENT
Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(A)(viii); 846; 841(b)(1)(B)(viii); 841(b)(1)(D):
Title 18 U.S.C. § 2:
Conspiracy to Possess with Intent to Distribute Methamphetamine; Aiding and Abetting; Possession with the Intent to Distribute Methamphetamine and Marijuana.

*A true bill.*

_____  Foreman

*Filed in open court this* 17th *day, of* April, A.D. 2013.

_____  Clerk

Bail, $

FILED
VANESSA L. ARMSTRONG, CLERK
APR 17 2013
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY